# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** National Treasury Employees Union et al.

**v.** Russell Vought

**Case No:** 25-5091

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ⦿ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| National Treasury Employees Union | CFPB Employee Association |
| National Consumer Law Center | Ted Steege |
| NAACP | |
| Virginia Poverty Law Center | |

### Counsel Information

**Lead Counsel:** Deepak Gupta

**Direct Phone:** (202) 888-1741   **Fax:** (202) 888-7792   **Email:** deepak@guptawessler.com

**2nd Counsel:** Jennifer D. Bennett

**Direct Phone:** (415) 573-0336   **Fax:** (202) 888-7792   **Email:** jennifer@guptawessler.com

**3rd Counsel:**

**Direct Phone:** (___) _____   **Fax:** (___) _____   **Email:**

**Firm Name:** Gupta Wessler LLP

**Firm Address:** 2001 K Street NW, Suite 850 North, Washington, DC 20006

**Firm Phone:** (202) 888-1741   **Fax:** (202) 888-7792   **Email:** admin@guptawessler.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

[Save] [Reset Form] [Print Form]