# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** National Treasury Employees Union et al.

v.

Russell Vought et al.

**Case No:** 25-5091

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

- National Treasury Employees Union
- National Consumer Law Center
- Nat'l Ass'n for Advancement of Colored People
- Virginia Poverty Law Center
- CFPB Employee Association
- Ted Steege

### Counsel Information

Lead Counsel: Wendy Liu
Direct Phone: (202) 588-1000  Fax: (___) _____  Email: wliu@citizen.org

2nd Counsel: Adina H. Rosenbaum
Direct Phone: (202) 588-1000  Fax: (___) _____  Email: arosenbaum@citizen.org

3rd Counsel:
Direct Phone: (___) _____  Fax: (___) _____  Email:

Firm Name: Public Citizen Litigation Group
Firm Address: 1600 20th Street NW. Washington, DC 20009
Firm Phone: (202) 588-1000  Fax: (___) _____  Email: wliu@citizen.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)