# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** National Treasury Employees Union, et al.

**v.**

Russell Vought, et al.

**Case No:** 25-5091

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ⦿ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s)  ⦿ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

National Treasury Employees Union

### Counsel Information

**Lead Counsel:** Julie M. Wilson

**Direct Phone:** ( 202 ) 572-5587  **Fax:** ( 202 ) 572-5645  **Email:** julie.wilson@nteu.org

**2nd Counsel:** Paras N. Shah

**Direct Phone:** ( 202 ) 572-5553  **Fax:** ( 202 ) 572-5645  **Email:** paras.shah@nteu.org

**3rd Counsel:** Allison C. Giles

**Direct Phone:** ( 202 ) 572-5509  **Fax:** ( 202 ) 572-5645  **Email:** allie.giles@nteu.org

**Firm Name:** National Treasury Employees Union

**Firm Address:** 800 K Street, N.W., Suite 1000, Washington, D.C. 20001

**Firm Phone:** ( 202 ) 572-5500  **Fax:** ( 202 ) 572-5645  **Email:** allie.giles@nteu.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)