# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-5091** | **September Term, 2024** |
| | **1:25-cv-00381-ABJ** |
| | **Filed On: April 9, 2025** [2110074] |

National Treasury Employees Union, et al.,

    Appellees

    v.

Russell T. Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau and Consumer Financial Protection Bureau,

    Appellants

**BEFORE:**    Circuit Judges Pillard, Katsas, and Rao

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Wednesday, April 9, 2025 at 9:32 a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

    Eric D. McArthur (DOJ), counsel for Appellants.

    Jennifer D. Bennett, counsel for Appellees.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
    Anne A. Rothenberger
    Deputy Clerk