# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5091**  **September Term, 2024**

1:25-cv-00381-ABJ

**Filed On: April 14, 2025** [2110897]

National Treasury Employees Union, et al.,

    Appellees

    v.

Russell T. Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau and Consumer Financial Protection Bureau,

    Appellants

### O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for May 16, 2025, at 2:00 P.M.:

| | | |
|---|---|---|
| Appellants | - | 30 Minutes |
| Appellees | - | 30 Minutes |

The panel considering this case will consist of Circuit Judges Pillard, Katsas, and Rao.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 16, 2025.

### Per Curiam

               **FOR THE COURT:**
               Clifton B. Cislak, Clerk

    BY:    /s/
               Michael C. McGrail
               Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)