# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5091**  September Term, 2024

1:25-cv-00381-ABJ

Filed On: April 19, 2025 [2111853]

National Treasury Employees Union, et al.,

    Appellees

    v.

Russell T. Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau and Consumer Financial Protection Bureau,

    Appellants

------------------------------

Consolidated with 25-5132

## **O R D E R**

It is **ORDERED**, on the court's own motion, that these cases be consolidated.

                                **FOR THE COURT:**
                                Clifton B. Cislak, Clerk

                    BY:    /s/
                            Scott H. Atchue
                            Deputy Clerk