# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** National Treasury Employees Union, et al.

v. Russell Vought, et al.

**Case No:** 25-5132

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ⦿ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Russell Vought

Consumer Financial Protection Bureau

### Counsel Information

Lead Counsel: Catherine Padhi

Direct Phone: (202) 514-5091   Fax: (   )   -   Email: catherine.m.padhi@usdoj.gov

2nd Counsel: Melissa N. Patterson

Direct Phone: (202) 514-1201   Fax: (   )   -   Email: melissa.patterson@usdoj.gov

3rd Counsel: Eric D. McArthur

Direct Phone: (202) 307-5906   Fax: (   )   -   Email: eric.mcarthur@usdoj.gov

Firm Name: U.S. Department of Justice, Civil Division, Appellate Staff

Firm Address: 950 Pennsylvania Ave. NW, Room 7712 | Washington, DC 20530

Firm Phone: (   )   -   Fax: (   )   -   Email: civilappellate.ecf@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)