| | |
|---|---|
| **No. 25-5091** | **September Term, 2024** |
| | 1:25-cv-00381-ABJ |
| | **Filed On:** April 21, 2025 |

National Treasury Employees Union, et al.,

     Appellees

     v.

Russell T. Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau and Consumer Financial Protection Bureau,

     Appellants

------------------------------

Consolidated with 25-5132

     **BEFORE:**    Pillard, Katsas, and Rao, Circuit Judges

### O R D E R

     Upon consideration of the emergency motion to enforce or clarify the court's April 11, 2025 order, it is

     **ORDERED** that appellees file a response to the emergency motion by Tuesday, April 22, 2025. Any reply is due by Wednesday, April 23, 2025.

### Per Curiam

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

                BY:    /s/
                          Selena R. Gancasz
                          Deputy Clerk