# IN THE UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, et al.,<br>   *Plaintiffs-Appellees,*<br><br> v.<br><br>RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, et al.,<br>   *Defendants-Appellants.* | No. 25-5132 |

## UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), defendants-appellants move to dismiss this appeal, with each party to bear its own fees and costs. The order appealed from has expired by its own terms, and the appeal is therefore moot. Plaintiffs-appellees do not oppose this motion.

             Respectfully submitted,

             MELISSA N. PATTERSON

             /s/ *Catherine Padhi*

             CATHERINE PADHI
             *Attorneys, Appellate Staff*
             *Civil Division, Room 7712*
             *U.S. Department of Justice*
             *950 Pennsylvania Ave., N.W.*
             *Washington, D.C. 20530*
             *(202) 514-5091*

MAY 2025

## CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 54 words, according to the word count of Microsoft Word, and it complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Book Antiqua 14-point font, a proportionally spaced typeface.

/s/ *Catherine Padhi*
CATHERINE PADHI

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2025, I electronically filed the foregoing brief with the Clerk of the Court by using the appellate CM/ECF system. Counsel for plaintiffs are CM/ECF users and will be served through the CM/ECF system.

                                                 /s/ *Catherine Padhi*
                                                 CATHERINE PADHI