# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

NATIONAL TREASURY EMPLOYEES UNION, ET AL.,

*Plaintiffs-Appellees,*

– v. –

RUSSELL VOUGHT, ET AL.,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Columbia
Case No. 24-cv-0381-ABJ (The Hon. Amy Berman Jackson)

**NOTICE OF INTENT OF 42 NONPROFIT VETERANS, LEGAL SERVICES, AND CONSUMER ORGANIZATIONS TO FILE A BRIEF OF AMICI CURIAE IN SUPPORT OF APPELLEES**

Seth E. Mermin
David S. Nahmias
John Kauffman
CENTER FOR CONSUMER LAW &
ECONOMIC JUSTICE
UC BERKELEY SCHOOL OF LAW
308 Berkeley Law
Berkeley, CA 94720-7200
tmermin@law.berkeley.edu
dnahmias@law.berkeley.edu

*Counsel for Amici Curiae*

May 9, 2025

Ariel Levinson-Waldman
A.J. Hong-Huber
TZEDEK DC
UDC DAVID A. CLARKE SCHOOL OF LAW
4340 Connecticut Ave. NW, Ste. 345
Washington, D.C. 20008
(202) 441-9959
alw@tzedekdc.org
ah@tzedekdc.org

Persis S. Yu
R.T. Winston Berkman-Breen*
STUDENT BORROWER PROTECTION CENTER
(A fiscally sponsored project of the
Shared Ascent Fund)

1025 Connecticut Ave NW, #717
Washington, DC 20036
persis@protectborrowers.org
winston@protectborrowers.org

*\* Not admitted to the Bar of the District of Columbia but admitted to practice law in the state of New York. Practice limited to federal court matters.*

# NOTICE OF INTENT TO FILE AMICUS BRIEF

Pursuant to Federal Rule of Appellate Procedure 29(a) and D.C. Circuit Rule 29(b), the following 42 Nonprofit Veterans, Legal Services, and Consumer Organizations represent that they intend to participate in this case as amici curiae in support of Appellees. Amici curiae are all non-profit organizations located in 18 states and the District of Columbia that rely on the Consumer Financial Protection Bureau (CFPB). Amici include organizations that serve populations at particular risk of fraud and deception in the lending market; they provide input into and benefit every day from generally applicable CFPB rulemakings and guidance, and they rely on CFPB materials to support their clients. Together, these organizations hold a collective interest in the continued existence of the CFPB.

- Alaska Public Interest Research Group
- Americans for Financial Reform Education Fund
- Arkansans Against Abusive Payday Lending
- Arkansas Community Organizations
- CASA of Oregon
- Center for Consumer Law and Economic Justice
- Center for Economic Integrity
- Center For Elder Law and Justice
- Center for LGBTQ Economic Advancement & Research

3

- Center for Responsible Lending
- Connecticut Citizen Action Group
- Connecticut Veterans Legal Center
- Consumer Action
- Consumer Federation of America
- Communications Workers of America Local 1081
- Fordham University School of Law: Feerick Center for Social Justice
- Georgia Watch
- Legal Action Chicago
- Legal Assistance for Seniors
- Legal Counsel for the Elderly
- Mid-Minnesota Legal Assistance, Inc.
- Minority Veterans of America
- Mobilization for Justice
- Mountain State Justice, Inc.
- National Association of Consumer Advocates
- National Fair Housing Alliance
- New Jersey Appleseed Public Interest Law Center
- New York Legal Assistance Group
- NextGen Policy

- Oregon Consumer Justice

- People Power United

- Prosperity Works

- Public Counsel

- Public Justice Center

- Queens Volunteer Lawyers Project, Inc.

- Rise Economy

- Student Borrower Protection Center (a fiscally sponsored project of Shared Ascent Fund)

- Texas Appleseed

- Tzedek DC

- Virginia Citizens Consumer Council

- Western New York Law Center

- Woodstock Institute

All parties have consented to the filing of this amicus brief.

This notice is timely filed under D.C. Circuit Rule 29(b)-(c). In accordance with the expedited briefing schedule issued by the Court, *see* Order of April 11, 2025, amici intend to file their brief no later than May 9, 2025. In addition, pursuant to D.C. Circuit Rule 29(d), amici curiae have worked to consolidate their arguments into a single brief. Counsel for amici are also aware of the issues likely

raised in other amicus briefs filed in this matter and have coordinated to avoid any overlap in arguments.

Dated: May 9, 2025                                    Respectfully submitted,

|  |  |
|---|---|
| Seth E. Mermin<br>David S. Nahmias<br>John Kauffman<br>CENTER FOR CONSUMER LAW &<br>ECONOMIC JUSTICE<br>UC BERKELEY SCHOOL OF LAW<br>308 Berkeley Law<br>Berkeley, CA 94720-7200<br>tmermin@law.berkeley.edu<br>dnahmias@law.berkeley.edu<br><br>*Counsel for Amici Curiae* | /s/ *Ariel Levinson-Waldman*<br>Ariel Levinson-Waldman<br>A.J. Hong-Huber<br>TZEDEK DC<br>UDC DAVID A. CLARKE SCHOOL OF LAW<br>4340 Connecticut Ave. NW, Ste. 345<br>Washington, D.C. 20008<br>(202) 441-9959<br>alw@tzedekdc.org<br>ah@tzedekdc.org<br><br>Persis S. Yu<br>R.T. Winston Berkman-Breen*<br>STUDENT BORROWER PROTECTION CENTER<br>(A fiscally sponsored project of the Shared Ascent Fund)<br>1025 Connecticut Ave NW, #717<br>Washington, DC 20036<br>persis@protectborrowers.org<br>winston@protectborrowers.org<br><br>**Not admitted to the Bar of the District of Columbia but admitted to practice law in the state of New York. Practice limited to federal court matters*. |