Nos. 25-5091, 25-5132

# United States Court of Appeals
## for the District of Columbia Circuit

NATIONAL TREASURY EMPLOYEES UNION, et al.,

*Plaintiffs-Appellees*,

v.

RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, et al.,

*Defendants-Appellants*.

On Appeal from the United States District Court
for the District of Columbia (No. 25-cv-00381-ABJ)

**NOTICE OF INTENT TO FILE AMICUS BRIEF OF AMICI CURIAE NEW YORK, NEW JERSEY, THE DISTRICT OF COLUMBIA, ARIZONA, CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, HAWAI'I, ILLINOIS, MAINE, MARYLAND, MASSACHUSETTS, MICHIGAN, MINNESOTA, NEVADA, NEW MEXICO, NORTH CAROLINA, OREGON, RHODE ISLAND, VERMONT, WASHINGTON, AND WISCONSIN**

MATTHEW J. PLATKIN
 *Attorney General of New Jersey*
DAVID LETT
 *Assistant Attorney General*
CHANEL VAN DYKE
CLAIRE COREA
GRANT RAFFEL
 *Deputy Attorneys General*

124 Halsey Street, 5th Floor
Newark, New Jersey 07101

BRIAN L. SCHWALB
 *Attorney General of District of Columbia*
CAROLINE VAN ZILE
 *Solicitor General*
ASHWIN P. PHATAK
 *Principal Deputy Solicitor General*

400 Sixth Street, NW
Washington, D.C. 20001

LETITIA JAMES
 *Attorney General of New York*
BARBARA D. UNDERWOOD
 *Solicitor General*
ANDREA OSER
 *Deputy Solicitor General*
DUSTIN J. BROCKNER
 *Assistant Solicitor General*
KARUNA B. PATEL
 *Senior Counsel, Economic Justice*
CHRISTIAN REIGSTAD
 *Assistant Attorney General*

The Capitol
Albany, New York 12224
(518) 776-2017

Dated: May 9, 2025

*Counsel for Amici States*

## NOTICE OF INTENT TO FILE AMICUS BRIEF

The State of New York, the State of New Jersey, the District of Columbia, and the States of Arizona, California, Colorado, Connecticut, Delaware, Hawaiʻi, Illinois, Maine, Maryland, Massachusetts, Michigan, Minnesota, Nevada, New Mexico, North Carolina, Oregon, Rhode Island, Vermont, Washington, and Wisconsin hereby file this notice of intent to file an amicus brief in support of plaintiffs-appellees.

Dated: May 9, 2025                     Respectfully submitted,

                                       LETITIA JAMES
                                         *Attorney General*
                                         *State of New York*

                                   By: /s/ Dustin J. Brockner
                                       DUSTIN J. BROCKNER
                                       Assistant Solicitor General

                                       The Capitol
                                       Albany, New York 12224
                                       (518) 776-2017
                                       dustin.brockner@ag.ny.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on May 9, 2025, I electronically filed the foregoing Notice of Intent to File Amicus Brief with the Clerk of the Court for the United States Court of Appeals for D.C. Circuit using the CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      /s/ Dustin J. Brockner
      Dustin J. Brockner