[ORAL ARGUMENT SCHEDULED FOR MAY 16, 2025]

Nos. 25-5091, 25-5132

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

NATIONAL TREASURY EMPLOYEES UNION, et al.,

*Appellees*,

v.

RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, et al.,

*Appellants*.

---

*On Appeal from the United States District Court for the District of Columbia*

---

**NOTICE OF INTENT OF CURRENT AND FORMER MEMBERS OF CONGRESS TO PARTICIPATE AS *AMICI CURIAE* IN SUPPORT OF APPELLEES**

---

Elizabeth B. Wydra
Brianne J. Gorod
Miriam Becker-Cohen
Anna K. Jessurun
CONSTITUTIONAL
  ACCOUNTABILITY CENTER
1200 18th Street NW, Suite 501
Washington, D.C. 20036
(202) 296-6889
brianne@theusconstitution.org

*Counsel for Amici Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *amici curiae* state that no party to this brief is a publicly held corporation, issues stock, or has a parent corporation.

# NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF *AMICI CURIAE*

Pursuant to D.C. Circuit Rule 29 and the guidance set forth in Section IX.A.4 of the Court's *Handbook of Practice and Internal Procedure*, Current and Former Members of Congress hereby give notice that they intend to file a brief as *amici curiae* in support of Appellees. A full listing of *amici* is included in the Appendix to this notice. All parties have consented to the filing of this brief.

Respectfully submitted,

*/s/ Brianne J. Gorod*
Elizabeth B. Wydra
Brianne J. Gorod
Miriam Becker-Cohen
Anna K. Jessurun
CONSTITUTIONAL
   ACCOUNTABILITY CENTER
1200 18th Street NW, Suite 501
Washington, D.C. 20036
(202) 296-6889
brianne@theusconstitution.org

*Counsel for Amici Curiae*

Dated: May 9, 2025

# APPENDIX

List of *Amici*

## Current Members of Congress

Sen. Elizabeth Warren

Rep. Maxine Waters

Sen. Charles E. Schumer

Rep. Hakeem Jeffries

Sen. Richard J. Durbin

Sen. Amy Klobuchar

Sen. Cory Booker

Sen. Mark Warner

Sen. Bernard Sanders

Sen. Tammy Baldwin

Sen. Catherine Cortez Masto

Sen. Brian Schatz

Sen. Christopher Murphy

Sen. Angela Alsobrooks

Sen. Michael Bennet

Sen. Richard Blumenthal

Sen. Lisa Blunt Rochester

Sen. Maria Cantwell

Sen. Chris Coons

Sen. Tammy Duckworth

Sen. John Fetterman

Sen. Ruben Gallego

Sen. Kirsten Gillibrand

Sen. Maggie Hassan

Sen. Martin Heinrich

Sen. John Hickenlooper

Sen. Mazie Hirono

Sen. Tim Kaine

Sen. Mark Kelly

Sen. Andy Kim

Sen. Ben Ray Luján

Sen. Ed Markey

Sen. Jeffrey A. Merkley

Sen. Patty Murray

Sen. Jon Ossoff

Sen. Alex Padilla

Sen. Gary C. Peters

Sen. Jack Reed

Sen. Jacky Rosen

Sen. Adam B. Schiff

Sen. Jeanne Shaheen

Sen. Elissa Slotkin

Sen. Tina Smith

Sen. Chris Van Hollen

Sen. Raphael Warnock

Sen. Peter Welch

Sen. Sheldon Whitehouse

Sen. Ron Wyden

Rep. Katherine Clark

Rep. Pete Aguilar

Rep. Ted Lieu

Rep. Joe Neguse

Rep. Alma S. Adams, PhD

Rep. Gabe Amo

Rep. Yassamin Ansari

Rep. Jake Auchincloss

Rep. Becca Balint

Rep. Nanette Diaz Barragán

Rep. Joyce Beatty

Rep. Wesley Bell

Rep. Ami Bera

Rep. Donald Beyer

Rep. Sanford Bishop

Rep. Suzanne Bonamici

Rep. Brendan F. Boyle

Rep. Shontel Brown

Rep. Julia Brownley

Rep. Nikki Budzinski

Rep. Janelle Bynum

Rep. Andre Carson

Rep. Troy A. Carter, Sr.

Rep. Ed Case

Rep. Sean Casten

Rep. Kathy Castor

Rep. Joaquin Castro

Rep. Sheila Cherfilus-McCormick

Rep. Judy Chu

Rep. Gilbert R. Cisneros, Jr.

Rep. Yvette Clarke

Rep. Emanuel Cleaver, II

Rep. James Clyburn

Rep. Steve Cohen

Rep. Herb Conaway, Jr., MD

Rep. Gerald E. Connolly

Rep. J. Luis Correa

Rep. Joe Courtney

Rep. Angie Craig

Rep. Jasmine Crockett

Rep. Jason Crow

Rep. Danny K. Davis

Rep. Madeleine Dean

Rep. Diana DeGette

Rep. Rosa L. DeLauro

Rep. Suzan K. DelBene

Rep. Chris Deluzio

Rep. Mark DeSaulnier

Rep. Maxine Dexter

Rep. Debbie Dingell

Rep. Lloyd Doggett

Rep. Sarah Elfreth

Rep. Veronica Escobar

Rep. Adriano Espaillat

Rep. Dwight Evans

Rep. Cleo Fields

Rep. Shomari Figures

Rep. Lizzie Fletcher

Rep. Bill Foster

Rep. Valerie Foushee

Rep. Lois Frankel

Rep, Laura Friedman

Rep. Maxwell Alejandro Frost

Rep. John Garamendi

Rep. Jesús G. "Chuy" García

Rep. Robert Garcia

Rep. Sylvia Garcia

Rep. Daniel Goldman

Rep. Jimmy Gomez

Rep. Vicente Gonzalez

Rep. Maggie Goodlander

Rep. Josh Gottheimer

Rep. Al Green

Rep. Jahana Hayes

Rep. James Himes

Rep. Steven Horsford

Rep. Chrissy Houlahan

Rep. Steny Hoyer

Rep. Jared Huffman

Rep. Glenn F. Ivey

Rep. Jonathan L. Jackson

Rep. Sara Jacobs

Rep. Pramila Jayapal

Rep. Henry C. ("Hank") Johnson, Jr.

Rep. Julie Johnson

Rep. Marcy Kaptur

Rep. William Keating

Rep. Robin L. Kelly

Rep. Timothy M. Kennedy

Rep. Ro Khanna

Rep. Raja Krishnamoorthi

Rep. Greg Landsman

Rep. John B. Larson

Rep. George Latimer

Rep. Summer Lee

Rep. Susie Lee

Rep. Teresa Leger Fernandez

Rep. Mike Levin

Rep. Sam T. Liccardo

Rep. Zoe Lofgren

Rep. Stephen F. Lynch

Rep. Seth Magaziner

Rep. John Mannion

Rep. Doris Matsui

Rep. Sarah McBride

Rep. April McClain Delaney

Rep. Jennifer L. McClellan

Rep. Betty McCollum

Rep. Kristen McDonald Rivet

Rep. Morgan McGarvey

Rep. James P. McGovern

Rep. LaMonica McIver

Rep. Gregory W. Meeks

Rep. Robert J. Menendez

Rep. Grace Meng

Rep. Kweisi Mfume

Rep. Dave Min

Rep. Gwen Moore

Rep. Joseph Morelle

Rep. Kelly Morrison

Rep. Jared Moskowitz

Rep. Seth Moulton

Rep. Frank Mrvan

Rep. Kevin Mullin

Rep. Jerrold Nadler

Rep. Richard Neal

Rep. Donald Norcross

Rep. Eleanor Holmes Norton

Rep. Alexandria Ocasio-Cortez

Rep. Ilhan Omar

Rep. Nancy Pelosi

Rep. Scott Peters

Rep. Brittany Pettersen

Rep. Chellie Pingree

Rep. Mark Pocan

Rep. Nellie Pou

Rep. Ayanna Pressley

Rep. Mike Quigley

Rep. Delia C. Ramirez

Rep. Emily Randall

Rep. Jamie Raskin

Rep. Luz Rivas

Rep. Deborah K. Ross

Rep. Andrea Salinas

Rep. Linda Sanchez

Rep. Mary Gay Scanlon

Rep. Jan Schakowsky

Rep. Bradley Schneider

Rep. David Scott

Rep. Robert C. "Bobby" Scott

Rep. Terri Sewell

Rep. Brad Sherman

Rep. Mikie Sherrill

Rep. Adam Smith

Rep. Melanie Stansbury

Rep. Greg Stanton

Rep. Haley Stevens

Rep. Marilyn Strickland

Rep. Suhas Subramanyam

Rep. Tom Suozzi

Rep. Eric Swalwell

Rep. Emilia Sykes

Rep. Mark Takano

Rep. Shri Thanedar

Rep. Bennie G. Thompson

Rep. Mike Thompson

Rep. Rashida Tlaib

Rep. Jill Tokuda

Rep. Paul D. Tonko

Rep. Norma J. Torres

Rep. Ritchie Torres

Rep. Lori Trahan

Rep. Derek T. Tran

Rep. Juan Vargas

Rep. Nydia M. Velázquez

Rep. Eugene Vindman

Rep. Debbie Wasserman Schultz

Rep. Bonnie Watson Coleman

Rep. Nikema Williams

Rep. Frederica S. Wilson

**Former Members of Congress**

Sen. Chris Dodd

Rep. Barney Frank

Rep. Melvin Watt

Rep. Paul E. Kanjorski

Rep. Brad Miller

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on May 9, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed this 9th day of May, 2025.

                                             */s/ Brianne J. Gorod*
                                             Brianne J. Gorod

                                             *Counsel for Amici Curiae*