ORAL ARGUMENT SCHEDULED FOR MAY 16, 2025

Nos. 25-5091, 25-5132

# In The United States Court Of Appeals
# For The District Of Columbia Circuit

───────────────

NATIONAL TREASURY EMPLOYEES UNION, *et al.*,

　　　　　　　　　　　　　　　　　*Plaintiffs-Appellees*,

v.

RUSSELL VOUGHT, in his official capacity as
Acting Director of the
Consumer Financial Protection Bureau, *et al*.

　　　　　　　　　　　　　　　　　*Defendants-Appellants*.

───────────────

On Appeal from the U.S. District Court for the District of Columbia
Case No. 1:25-cv-00381 (Hon. Amy Berman Jackson)

───────────────

**NOTICE OF INTENT OF FORMER CONSUMER FINANCIAL PROTECTION BUREAU OFFICIALS TO FILE A BRIEF OF *AMICI CURIAE* IN SUPPORT OF APPELLEES**

───────────────

| | |
|---|---|
| Harold Hongju Koh | Jed W. Glickstein |
| Peter Gruber Rule of Law Clinic | Matthew D. Underwood |
| Yale Law School | Annie Garau Kelly |
| P.O. Box 2098215 | Annie Prossnitz |
| New Haven, CT 06520 | KAPLAN & GRADY LLC |
| 203-432-4932 | 2071 N. Southport Ave. |
| | Chicago, IL 60614 |
| | (312) 852-2184 |
| | *jglickstein@kaplangrady.com* |

*Counsel for Amici Curiae*

## NOTICE OF INTENT TO FILE AMICUS BRIEF

Pursuant to Federal Rule of Appellate Procedure 29(a) and D.C. Circuit Rule 29(b), the following individuals represent that they intend to participate in this case as *amici curiae* in support of Appellees: Ron Borzekowski, Patrick Campbell, Stacy Canan , Edwin Chow, Richa Dasgupta, David DuBois, Katherine Gillespie, Gail Hillebrand, Christine Ladd, Rich Lepley, Mary McLeod, Mike Pearce, Paul Sanford, David Silberman, Peggy Twohig, and Stephen Van Meter. *Amici* are former Bureau officials who served at the agency during multiple administrations and have extensive day-to-day experience with the Bureau's operations, management, personnel, and mission. They intend to submit a brief to provide the Court with that unique perspective and to explain how the actions of incoming leadership contrast with prior transitions.

All parties have consented to the filing of this amicus brief.

This notice is timely filed under Circuit Rule 29(b)-(c). In accordance with the expedited briefing schedule issued by the Court, *see* Order of April 11, 2025, *amici* intend to file their brief no later than May 9, 2025.

In addition, pursuant to Circuit Rule 29(d), *amici* have worked to consolidate their arguments into a single brief. Counsel for *amici* are aware of the issues likely raised in other amicus briefs filed in this matter and have coordinated to avoid any overlap in arguments.

-3-

Dated: May 9, 2025

Harold Hongju Koh
Peter Gruber Rule of Law Clinic
Yale Law School
P.O. Box 2098215
New Haven, CT 06520
203-432-4932

Respectfully submitted,

*/s/ Jed W. Glickstein*

Jed W. Glickstein
Matthew D. Underwood
Annie Garau Kelly
Annie Prossnitz
KAPLAN & GRADY LLC
2071 N. Southport Ave.
Chicago, IL 60614
(312) 852-2184
*jglickstein@kaplangrady.com*

*Counsel for Amici Curiae*