| | |
|---|---|
| **No. 25-5091** | **September Term, 2024** |
| | 1:25-cv-00381-ABJ |
| | **Filed On: May 12, 2025** |

National Treasury Employees Union, et al.,

    Appellees

    v.

Russell T. Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau and Consumer Financial Protection Bureau,

    Appellants

------------------------------------
Consolidated with 25-5132

    **BEFORE:**   Pillard, Katsas, and Rao, Circuit Judges

## O R D E R

Upon consideration of appellants' unopposed motion to voluntarily dismiss appeal No. 25-5132, it is

**ORDERED** that the motion be granted, and case No. 25-5132 is hereby dismissed. It is

**FURTHER ORDERED** that the consolidation of these cases be terminated.

The Clerk is directed to issue the mandate forthwith in case No. 25-5132.

**Per Curiam**

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

          BY:    /s/
                  Scott H. Atchue
                  Deputy Clerk