

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave NW
Washington, DC 20530

Tel: (202) 514-5091

July 11, 2025

VIA CM/ECF

Clifton Cislak
Clerk, United States Court of Appeals for the D.C. Circuit
E. Barrett Prettyman United States Courthouse & William B. Bryant Annex
333 Constitution Avenue, NW
Washington, DC 20001

RE:  *National Treasury Employees Union v. Vought*, No. 25-5091;
*Hearth, Patio & Barbecue Ass'n v. Department of Energy*, No. 22-1286;
*Khalid v. TSA*, No. 23-1150;
*Khalid v. Bondi*, No. 24-5091

Dear Mr. Cislak:

I respectfully request leave to withdraw as counsel for the government in these cases, as I will no longer be employed by the U.S. Department of Justice as of July 13, 2025. I therefore respectfully request that my appearance be removed from the dockets and that my name be removed from the ECF distribution lists. Other Department of Justice attorneys will continue to represent the government in these cases.

Sincerely,

*/s/ Catherine Padhi*
Catherine Padhi

CC (via CM/ECF): all counsel of record