

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW, Rm. 7234
Washington, DC 20530

Tel: (202) 514-4214

July 18, 2025

Clifton Cislak, Clerk
United States Court of Appeals for the D.C. Circuit
333 Constitution Ave NW
Washington, DC 20001

    Re:    *National Treasury Employees Union v. Vought*, No. 25-5091

Dear Mr. Cislak,

    I write to inform the Court that I am withdrawing my appearance as counsel in the above-captioned case because I am leaving the Department of Justice. The government will continue to be represented by other counsel who have already appeared.

                    Sincerely,

                    /s/ Kevin J. Kennedy
                    Kevin J. Kennedy

cc:    All counsel by ECF