United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 25-5091	September Term, 2024
FILED ON: AUGUST 15, 2025

NATIONAL TREASURY EMPLOYEES UNION, ET AL.,
APPELLEES

v.

RUSSELL T. VOUGHT, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF THE CONSUMER FINANCIAL PROTECTION BUREAU AND CONSUMER FINANCIAL PROTECTION BUREAU,
APPELLANTS

Appeal from the United States District Court
for the District of Columbia
(No. 1:25-cv-00381)

Before: PILLARD, KATSAS and RAO, *Circuit Judges*

**JUDGMENT**

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the preliminary injunction be vacated and the case be remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

> **FOR THE COURT:**
> Clifton B. Cislak, Clerk
>
> BY: /s/
>
> Daniel J. Reidy
> Deputy Clerk

Date: August 15, 2025

Opinion for the court filed by Circuit Judge Katsas.
Dissenting opinion filed by Circuit Judge Pillard.