No. 25-5091                   September Term, 2025

1:25-cv-00381-ABJ

**Filed On:** October 6, 2025

National Treasury Employees Union, et al.,

       Appellees

       v.

Russell T. Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau and Consumer Financial Protection Bureau,

       Appellants

**O R D E R**

Upon consideration of appellees' petition for rehearing en banc, it is

**ORDERED**, on the court's own motion, that within 15 days of the date of this order, appellants file a response to the petition for rehearing en banc. The response may not exceed 3,900 words. Absent an order of the court, a reply to the response will not be accepted for filing.

                                       **FOR THE COURT:**
                                       Clifton B. Cislak, Clerk

                        BY:      /s/
                                Daniel J. Reidy
                                Deputy Clerk