# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** National Treasury Employees Union et al

v.

Vought

**Case No:** 25-9051

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained ☐ Pro Bono ☐ Appointed (CJA/FPD) ☐ Gov't counsel for the ☐ Appellant(s)/Petitioner(s) ☐ Appellee(s)/Respondent(s) ☐ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

See attached.

### Counsel Information

**Lead Counsel:** Seth E. Mermin

**Direct Phone:** (51) 643-3519   **Fax:** ( ) -   **Email:** tmermin@law.berkeley.edu

**2nd Counsel:** David S. Nahmias

**Direct Phone:** (51) 643-3519   **Fax:** ( ) -   **Email:** dnahmias@law.berkeley.edu

**3rd Counsel:**

**Direct Phone:** ( ) -   **Fax:** ( ) -   **Email:**

**Firm Name:**

**Firm Address:**

**Firm Phone:** ( ) -   **Fax:** ( ) -   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

[Save]  [Reset Form]  [Print Form]

No. 25-9051
*National Treasury Employees Union v. Vought*

**Brief of 41 Nonprofit Veterans, Legal Services, and Consumer Organizations as Amici Curiae in Support of Appellees' Petition For Rehearing En Banc**

## List of Represented Amici Curiae

- Americans for Financial Reform Education Fund

- Consumer Advocates Against Reverse Mortgage Abuse

- CASH Campaign of Maryland

- Center for Consumer Law and Economic Justice

- Center for Digital Democracy

- Center for Economic Integrity

- Center for Elder Law & Justice

- Center for LGBTQ Economic Advancement & Research

- Center for Responsible Lending

- Community and Shelter Assistance Corp. (CASA) of Oregon

- Community Economic Empowerment Network

- Connecticut Veterans Legal Center

- Consumer Action

- Consumer Federation of America

- Consumers for Auto Reliability and Safety

- DannLaw

- Legal Aid DC
- Legal Assistance for Seniors
- Mid-Minnesota Legal Aid
- Minority Veterans of America
- Mobilization for Justice
- Mountain State Justice
- National Association of Consumer Advocates
- National Fair Housing Alliance
- New Economy Project
- New Jersey Citizen Action
- New York Legal Assistance Group
- Oregon Consumer Justice
- People Power United
- Project GREEN
- Prosperity Indiana
- Protect Borrowers (a fiscally sponsored project of the Shared Ascent Fund)
- Public Counsel
- Public Justice Center
- Rise Economy
- Texas A & M School of Law - Family & Veterans Advocacy Clinic

- Texas Appleseed
- Tzedek DC
- Virginia Citizens Consumer Council
- Western New York Law Center
- Woodstock Institute