# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** National Treasury Employees Union

v.

Vought

**Case No:** 25-5091

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ◯ Retained  ◯ Pro Bono  ◯ Appointed (CJA/FPD)  ⦿ Gov't counsel

for the ⦿ Appellant(s)/Petitioner(s)  ◯ Appellee(s)/Respondent(s)  ◯ Intervenor(s)  ◯ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Russell T. Vought, in his official capacity

Consumer Financial Protection Bureau

### Counsel Information

**Lead Counsel:** Derek Weiss

**Direct Phone:** ( 202 ) 616-5365   **Fax:** ( ___ ) _____   **Email:** derek.l.weiss@usdoj.gov

**2nd Counsel:**

**Direct Phone:** ( ___ ) _____   **Fax:** ( ___ ) _____   **Email:**

**3rd Counsel:**

**Direct Phone:** ( ___ ) _____   **Fax:** ( ___ ) _____   **Email:**

**Firm Name:**

**Firm Address:**

**Firm Phone:** ( ___ ) _____   **Fax:** ( ___ ) _____   **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)