# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 25-5091                                September Term, 2025

1:25-cv-00381-ABJ

**Filed On:** October 17, 2025

National Treasury Employees Union, et al.,

Appellees

v.

Russell T. Vought, in his official capacity as
Acting Director of the Consumer Financial
Protection Bureau and Consumer Financial
Protection Bureau,

Appellants

**BEFORE:**    Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins,
Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of appellants' unopposed motion for a stay of the deadline to respond to appellees' petition for rehearing en banc in light of the lapse in appropriations, it is

**ORDERED** that the motion be denied. The response to the petition for rehearing en banc remains due on October 21, 2025.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
Lillian Wright
Deputy Clerk