**[ORAL ARGUMENT HELD MAY 16, 2025]**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, <br><br> *Plaintiffs-Appellees*, <br><br> v. <br><br> RUSSELL VOUGHT, in his official capacity As Acting Director of the Consumer Financial Protection Bureau, *et al.*, <br><br> *Defendants-Appellants*. | Case No. 25-5091 |

**NOTICE OF WITHDRAWAL OF JULIE M. WILSON
AS COUNSEL FOR PLAINTIFF-APPELLEE NTEU**

Plaintiff National Treasury Employees Union (NTEU) hereby notifies the Court of Julie M. Wilson's withdrawal as counsel for NTEU in this case.

Respectfully submitted,

*/s/ Paras N. Shah*
PARAS N. SHAH
Deputy General Counsel

*/s/ Allison C. Giles*
ALLISON C. GILES
Assistant Counsel

1

NATIONAL TREASURY EMPLOYEES
UNION
800 K Street N.W., Suite 1000
Washington, D.C. 20001
(202) 572-5500
paras.shah@nteu.org
allie.giles@nteu.org

November 7, 2025　　　　Counsel for Plaintiff-Appellee NTEU