**PUBLIC JUSTICE**
IMPACT. CHANGE.

November 25, 2025

**Clifton Cislak, Clerk of Court**
U.S. Court of Appeals for the District of Columbia Circuit
333 Constitution Ave. NW
Washington, DC 20001

RE: *National Treasury Employees Union v. Vought*, No. 25-5091
    Notice of Withdrawal of Counsel

Dear Mr. Cislak:

I write to inform the Court of my withdrawal as counsel for *Amici Curiae* 36 Members of Congress in *National Treasury Employees Union v. Vought*, No. 25-5091, because I am departing from Public Justice. *Amici* will continue to be represented by Leah Nicholls of Public Justice who has appeared in this case.

Sincerely,

/s/ Hannah M. Kieschnick
Hannah M. Kieschnick
*Counsel for Amici Curiae*
*36 Members of Congress*

Cc: All counsel by ECF

National Headquarters
1620 L Street NW, Suite 630, Washington DC  20036
(202) 797-8600 phone • (202) 232-7203 fax

West Coast Office
475 14th Street, Suite 610, Oakland CA  94612
(510) 622-8150 phone

publicjustice.net