## PUBLIC CITIZEN LITIGATION GROUP

1600 20th Street NW • Washington DC 20009
202/588-1000 • www.citizen.org

December 15, 2025

Clifton Cislak
Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
333 Constitution Ave NW
Washington, DC 20001

      Re: *National Treasury Employees Union v. Vought*, No. 25-5091

Dear Mr. Cislak:

      I am writing to notify the Court that I am withdrawing my appearance as counsel for the plaintiffs-appellees in *National Treasury Employees Union v. Vought*, No. 25-5091. Plaintiffs-appellees will continue to be represented by counsel from Gupta Wessler LLP who have appeared in this case.

      Sincerely,

      /s/ Wendy Liu
      Wendy Liu

cc: All counsel by ECF