

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 514-1673

January 15, 2026

Clifton Cislak, Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue NW
Washington, D.C. 20001

  RE: *NTEU, et al. v. Vought, et al.*, No. 25-5091

Dear Mr. Cislak:

  We respectfully write to inform this Court of CFPB's receipt of funding it recently requested from the Federal Reserve. On November 10, 2025, the government notified the district court of an anticipated lapse in funding. *See* Nov. 10, 2025 Ltr. (notifying this Court of that filing). Then, on November 21, the government notified the district court and this Court that the Bureau had submitted to the President and to the Committee on Appropriations of the Senate and the Committee on Appropriations of the House of Representatives the report required by 12 U.S.C. § 5497(e)(1)(B). *See* Nov. 21, 2025 Ltr.

  Plaintiffs moved to clarify the preliminary injunction. The district court granted that motion on December 30, concluding that the injunction required the Bureau to request funding from the Federal Reserve under the present circumstances. *See* Dkt. 167. In accordance with the December 30 order, CFPB submitted a request for funding. *See* Attachment (Jan. 9 notice to the district court of the funding request). The Bureau has informed us that it is in receipt of the funds requested.

Sincerely,

*/s/ Simon Gregory Jerome*
Simon Gregory Jerome

cc: All counsel