# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

| | |
|---|---|
| **No. 25-5091** | **September Term, 2025** |
| | 1:25-cv-00381-ABJ |
| | **Filed On:** February 9, 2026 |

National Treasury Employees Union, et al.,

    Appellees

    v.

Russell T. Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau and Consumer Financial Protection Bureau,

    Appellants

**BEFORE:** Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the motion for leave to file brief amicus curiae in support of appellants on rehearing en banc filed by America's Future, et al., and the lodged brief, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged amicus brief.

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk