# United States Court of Appeals
### For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 25-5091** | **September Term, 2025** |
| | 1:25-cv-00381-ABJ |
| | Filed On: February 18, 2026 [2159619] |

National Treasury Employees Union, et al.,

    Appellees

    v.

Russell T. Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau and Consumer Financial Protection Bureau,

    Appellants

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for February 24, 2026, at 2:00 P.M.:

| | | |
|---|---|---|
| Appellants | - | 30 Minutes |
| Appellees | - | 30 Minutes |

The panel considering this case will consist of Chief Judge Srinivasan, and Circuit Judges Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by February 20, 2026.

### Per Curiam

                                                            **FOR THE COURT:**
                                                             Clifton B. Cislak, Clerk

                                       BY:   /s/
                                                   Michael C. McGrail
                                                   Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)