# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-5091**                                             **September Term, 2025**

1:25-cv-00381-ABJ

Filed On: February 24, 2026 [2160899]

National Treasury Employees Union, et al.,

      Appellees

    v.

Russell T. Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau and Consumer Financial Protection Bureau,

      Appellants

    **BEFORE:**     Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Tuesday, February 24, 2026 at 2:00 p.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

    Eric D. McArthur (DOJ), counsel for Appellants.

    Jennifer D. Bennett, counsel for Appellees.

                                                  **FOR THE COURT:**
                                                  Clifton B. Cislak, Clerk

                         BY:     /s/
                                 Anne A. Rothenberger
                                 Deputy Clerk