**ATTACHMENT B**



1700 G Street NW, Washington, D.C. 20552

March 31, 2026

**ACTION BY THE ACTING DIRECTOR**

**FROM:**     **Russell T. Vought, Acting Director**

**SUBJECT:  Plans for the efficient discharge of CFPB's statutory obligations**


I adopt the attached recommended Workforce Restructuring Plan, which I will implement when doing so is not prohibited by court order.  *See NTEU v. Vought*, No. 25-cv-381, Dkt. 88 (D.D.C.) (preliminary injunction barring reductions in force). This plan supersedes any and all previous plans regarding reductions-in-force and any prior decisions about the proper size or functioning of the agency that may have motivated any such plans or instructions.  Such plans and decisions are null and void. I intend to fulfill CFPB's statutory obligations in the most efficient manner possible, as the recommended restructuring plan indicates and would permit.

**consumerfinance.gov**