# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5091**

**September Term, 2025**

**1:25-cv-00381-ABJ**

**Filed On:** April 9, 2026

National Treasury Employees Union, et al.,

        Appellees

        v.

Russell T. Vought, in his official capacity as Acting Director of the Consumer Financial Protection Bureau and Consumer Financial Protection Bureau,

        Appellants

**BEFORE:**    Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

### O R D E R

Upon consideration of appellees' motion for a 7-day extension of time to file a response to the appellants' motion to modify the court's stay pending appeal, for a limited remand, and to place the appeal in abeyance, it is

**ORDERED** that the motion be granted. Any response is now due by April 17, 2026.

### Per Curiam

                        FOR THE COURT:
                        Clifton B. Cislak, Clerk

        BY:    /s/
                Daniel J. Reidy
                Deputy Clerk