**[EN BANC ORAL ARGUMENT HELD FEBRUARY 24, 2026]**

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| NATIONAL TREASURY EMPLOYEES UNION, *et al.*, | |
| *Plaintiffs-Appellees,* | |
| v. | |
| RUSSELL VOUGHT, in his official capacity as Acting Director of the Consumer Financial Protection Bureau, *et al.*, | Case No. 25-5091 |
| *Defendants-Appellants.* | |

## JOINT STATUS REPORT

The parties write to inform the Court of a recent development in the district court. On Friday, June 19, 2026, this Court granted the defendants' March 31, 2026 motion for a limited remand order, so that the district court could consider in the first instance the defendants' request to modify, suspend, or dissolve the preliminary injunction in light of their 2026 RIF Plan and other intervening developments identified in the defendants' motion. Order, *Nat'l Treasury Emps. Union v. Vought*, No. 25-5091 (D.C. Cir. June 19, 2026). On Monday, June 22, 2026, the district court issued a Minute Order directing the parties to provide information necessary for the court to determine when to schedule a hearing and the nature of that hearing.

The parties conferred and agreed that, although the defendants had previously requested that these proceedings occur on an expedited timeline, a temporary delay was now warranted due to the intervening nomination of Brian Johnson as Director of the CFPB. The parties agreed that Mr. Johnson, if confirmed, should be given the opportunity to review the 2026 RIF Plan and decide whether he would like to pursue it before the district court considers it. Defendants also provided a declaration stating that "the CFPB now has enough budgetary resources at its disposal to continue performing its statutory responsibilities indefinitely at current staffing levels, and will continue to do so as long as increases in Bureau spending (relative to FY26 levels) do not outpace the employment cost index," due in part to "natural attrition bringing the Bureau's labor cost below what was a previously unsustainable threshold under the new 6.5% cap" on funding transfers from the Federal Reserve under the One Big Beautiful Bill Act. Dkt. 184-1 at 1. The parties therefore filed a joint motion requesting that the district court temporarily stay proceedings on the defendants' request to modify, suspend, or dissolve the preliminary injunction. The parties proposed that the court hold the proceedings in abeyance until 60 days after Mr. Johnson is confirmed or until January 3, 2027, if Mr. Johnson is not confirmed by that date. Ex. A.

The district court granted the request. Ex. B. The court also ordered the parties to file a joint status report within two days of Mr. Johnson's confirmation or

on January 4, 2027, if Mr. Johnson is not confirmed by January 3, 2027. The preliminary injunction remains in place in the interim. The parties agree that the appeal should remain in abeyance pending resolution of the district court proceedings.

July 20, 2026

Respectfully submitted,

*/s/ Jennifer D. Bennett*
JENNIFER D. BENNETT
GUPTA WESSLER LLP
235 Montgomery Street
Suite 629
San Francisco, CA 94109
(415) 573-0336
*jennifer@guptawessler.com*

DEEPAK GUPTA
ROBERT FRIEDMAN
STEFANIE OSTROWSKI
GUPTA WESSLER LLP
1400 16th Street, NW
Suite 225
Washington, DC 20036
(202) 888-1741

*Counsel for Plaintiffs-Appellees*

PARAS N. SHAH
ALISON C. GILES
NATIONAL TREASURY EMPLOYEES UNION
800 K Street, NW
Suite 1000
Washington, DC 20001
(202) 572-5500

*Counsel for Plaintiff-Appellee*
*National Treasury Employees Union*

BRETT A. SHUMATE
  *Assistant Attorney General*
ERIC D. MCARTHUR
  *Deputy Assistant Attorney General*
MARK R. FREEMAN
MELISSA N. PATTERSON
DEREK WEISS
SIMON GREGORY JEROME
Attorneys, Appellate Staff
Civil Division, Room 7230
U.S. Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530
(202) 616-5365

*Counsel for Defendants-Appellants*